**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      James Conner **V.** The State of Texas

Appellate case number:    01-11-00935-CR

Trial court case number:  1722189

Trial court:              Co Crim Ct at Law No 12 of Harris County

Date motion filed:        September 3, 2013

Party filing motion:      James Conner

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Michael Massengale_____
☐ Acting individually      ☒ Acting for the Court

Panel consists of: Chief Justice Radack, Justices Sharp and Massengale


Date:  September 18, 2013